**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Obadya Hanifi ABED, a/k/a Beta,
Defendant—Appellant.**

No. 05–7875.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 26, 2006.

Obadya Hanifi Abed, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant

**364**

United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM:

Obadya Hanifi Abed appeals from the criminal judgment entered on August 31, 1998. We dismiss the appeal for lack of jurisdiction.

In criminal cases, the defendant is accorded ten days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(b)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(b)(4). This appeal period is "mandatory and jurisdictional." *United States v. Raynor*, 939 F.2d 191, 196 (4th Cir.1991). The district court's final judgment was entered on the docket on August 31, 1998. Abed's notice of appeal was filed on November 7, 2005. Because Abed failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

\* Additionally, we note that Abed previously filed an appeal of this case, and we affirmed the judgment of the district court. *See United*

*States v. Abed*, No. 98–4637, 2000 WL 14190 (4th Cir. Jan. 10, 2000) (unpublished).